**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-6757**

─────────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

PHILLIP HENRIQUES,

                                    Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert D. Potter, Senior District Judge.  (CR-93-89-P, CA-97-198-3-P)

─────────────

Submitted:  August 27, 1998        Decided:  September 18, 1998

─────────────

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Calvin Eugean Murphy, MURPHY & CHAPMAN, P.A., Charlotte, North Carolina, for Appellant.  Douglas Scott Broyles, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A.§ 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Henriques</u>, Nos. CR-93-89-P; CA-97-198-3-P (W.D.N.C. May 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2